IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDIO MACIEL<br><br>Defendant. | Case No. 2:20-mj-63-EFB<br><br>[PROPOSED] ORDER<br>Date: April 7, 2020<br>Time: 2:00 p.m.<br>Judge: Kendall J. Newman |

Having considered the defendant's request and the government's non-opposition to the request it is hereby:

ORDERED, that his case is transmitted to the Northern District of California for further proceedings on the Supervised Release violation petition filed on January 5, 2018; it is further,

ORDERED, that the order of transport of Mr. Maciel to the Northern District of California is stayed until May 4, 2020; it is further,

ORDERED, that the status hearing scheduled for April 7, 2020, is hereby vacated.

Dated: April 3, 2020

United States Magistrate Judge Edmund F. Brennan